UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SAMANTHA (NINA) STRICKLAND | § | |
| | § | |
| v. | § | CIVIL NO. 4:25-CV-268-SDJ |
| | § | |
| RICOH USA, INC. | § | |

## ORDER ON CLOSING DOCUMENTS

The Court has been advised by the Mediator's Report, (Dkt. #30), that all claims in this case have been settled.

It is therefore **ORDERED** that, on or before **September 21, 2026**, the parties shall file with the Court all papers necessary for the closing of this case and its removal from the Court's active docket. If such papers are not received by the Court by the scheduled deadline, the parties must file a joint report by **September 24, 2026**, concerning the status of settlement.

**So ORDERED and SIGNED this 23rd day of July, 2026.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE